## ENEAS LAMIRE v. INDUSTRIAL COMMISSION AND OTHERS.[1]

February 18, 1927.

No. 26,043.

**Order of industrial commission not reviewable by certiorari.**

> An order of the industrial commission providing for an injured employe a change of physicians and hospitalization is not reviewable by certiorari.

Workmen's Compensation Acts—C. J. p. 124 n. 61 New.

Certiorari to review an order of the industrial commission for the removal of employe from St. Paul to St. Mary's hospital in Duluth in a proceeding under the workmen's compensation act. Writ discharged.

*Alfred G. Hagerty* and *Alex W. Caldwell,* for relator.
*Dennis F. Donovan,* for respondents.

PER CURIAM.

This motion to quash a writ of certiorari to the industrial commission must be and is granted.

The order sought to be reviewed provides for a change of physicians and hospitalization and is made pursuant to G. S. 1923, § 4279. Thereby the industrial commission is empowered, upon the request of either employe or employer, to "order a change of physicians and designate a physician suggested by the injured employe or by the Commission itself."

[1]Reported in 212 N. W. 415.

It is thus apparent that the order is wholly of an administrative nature. It is not an award or disallowance of compensation and does not involve "the merits of the case or any part thereof" within the meaning of G. S. 1923, § 4320, concerning the review of orders of the industrial commission by certiorari.

Writ of certiorari discharged.